**HOLT v. SARA LEE CORP.**

[347 N.C. 260 (1997)]

MICHAEL D. HOLT v. SARA LEE CORPORATION, D/B/A SARA LEE KNIT PRODUCTS, AND DAVID GELLY

No. 31PA97

(Filed 3 October 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 124 N.C. App. 666, 478 S.E.2d 674 (1996), dismissing defendants' appeal from an order entered by Tillett, J., on 25 January 1996 in Superior Court, Lee County. Heard in the Supreme Court 11 September 1997.

*Staton, Perkinson, Doster, Post, Silverman, Adcock & Boone, by Norman C. Post, Jr., for plaintiff-appellee.*

*Kilpatrick Stockton LLP, by Susan H. Boyles and James H. Kelly, Jr., for defendant-appellants.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.